ORIGINAL

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF WYOMING _____ 06-mj-01189

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| ROBERT CULVER HINZ | CASE NUMBER: 06-m-159-B |

To: The United States Marshal and
any Authorized United States
Officer

YOU ARE HEREBY COMMANDED to arrest **ROBERT CULVER HINZ**

and bring him forthwith to the nearest magistrate to answer a

## COMPLAINT

charging him with use of firearm during and in relation to a drug trafficking offense, and aiding and abetting, in violation of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2

| | |
|---|---|
| WILLIAM C. BEAMAN | United States Magistrate Judge |
| Name of issuing Officer | Title of Issuing Officer |
| *[signature]* William C. Beaman | August 22, 2006, Cheyenne, Wyoming |
| Signature of Issuing Officer | Date and Location |
| By Deputy Clerk | |
| Bail fixed at $ Detain | by _____ |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Case No. 1:06-mj-01189-MEH Document 1 filed 08/24/06 USDC Colorado pg 2 of 4

AUG 23 2006 10:30 FR USMS DENVER     303 944 4535 TO CRIM CLERK     P.02/05
AUG-22-2006 TUE 03:38 PM BUREAU OF ATF     FAX NO. 3077722349     P. 03/05

COPY

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DISTRICT OF WYOMING

AUG 22 2006

Stephan Harris, Clerk
Cheyenne

UNITED STATES OF AMERICA

v.

**ROBERT CULVER HINZ**

CRIMINAL COMPLAINT

CASE NUMBER: 06-m-159-B

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On August 4, 2006, in the District of Wyoming and elsewhere, the Defendant **ROBERT CULVER HINZ**, did knowingly, intentionally, and unlawfully use a firearm, during and in relation to a drug trafficking crime, namely, conspiracy to manufacture marijuana and to possess with intent to distribute marijuana, in violation of 21 U.S.C. § 846 in that, on a specific occasion during the time alleged above, the Defendant provided a firearm and ammunition to Johnthon McBenge, a person previously charged, to use to protect a marijuana grow operation. The Defendant was the owner of the property where the marijuana growing operation was conducted and numerous guns were present at that location, and did knowingly aid and abet Johnathon McBenge in the commission of said offense.

In violation of 18 U.S.C. § 924 (c)(1)(A) and 18 U.S.C. § 2.

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco & Firearms and that this Complaint is based on the following:

1. Your Affiant does hereby state that I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms (ATF), and have been so employed for approximately five years. In the course of such employment, your Affiant has received general and specific training with respect to investigations of violations of the Federal firearm laws.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
STEVEN L. McFARLAND

Sworn to before me and subscribed in my presence,

August 22, 2006     at     Cheyenne, Wyoming
Date                       City and State
WILLIAM C. BEAMAN
United States Magistrate Judge

Name & Title of Judicial Officer     Signature of Judicial Officer

### AFFIDAVIT OF SPECIAL AGENT STEVEN L. McFARLAND - Continued
### IN SUPPORT OF COMPLAINT - *U.S. v. ROBERT CULVER HINZ*

2. On August 22, 2006, your Affiant spoke with Cheyenne Police Department Sgt. Steve Wheeler in reference to an on going Federal drug investigation. Your Affiant also reviewed reports provided by Sgt. Wheeler. By speaking with Sgt. Wheeler and reviewing these reports your Affiant learned the following information.

3. On August 4, 2006, Sgt. Wheeler obtained a Wyoming State search warrant for the residence of **ROBERT CULVER HINZ**, dob 6/7/1970, located at 4088 Meadow Ridge Way, Carpenter, Wyoming. Law enforcement officers assisting with this search warrant located the following items: 14 firearms inside the residence. These firearms were located in several locations throughout the house. Additionally, one hundred five (105) live marijuana plants where found growing in the basement. Some firearms were located in the same area as the marijuana grow operation. Other firearms were located near the entrance to the home. It appeared that the firearms were positioned in strategic locations throughout the house, to be easily accessible to those caring for, and growing the marijuana.

4. On August 4, 2006, and again on August 17, 2006, Sgt. Wheeler interviewed Johnathon McBenge, dob 11/3/1985. McBenge was inside the above residence right before Sgt. Wheeler and other officers executed their search warrant on August 4, 2006. On the later date, McBenge was represented by Attorney James Barrett. During these interviews, Sgt. Wheeler learned the following information.

5. McBenge was paid by **HINZ** to cultivate the marijuana while **HINZ** was out of town. McBenge stayed at the **HINZ** residence. His duties included caring for the marijuana as well as

protecting it. He explained that **HINZ** directed him to protect the illegal drugs from intruders including police. **HINZ** provided McBenge with a firearm, described as a Thompson, .45 caliber, semi-automatic pistol, as well as ammunition for this firearm. **HINZ** told McBenge that if **HINZ** was ever "raided" by police that **HINZ** would "shoot it out" with police. **HINZ** encouraged McBenge to do the same. McBenge stated that **HINZ** showed McBenge a revolver that **HINZ** described as "his favorite." McBenge described this firearm as a .357 or .38 caliber revolver, with a short barrel, wooden handles, and silver in color. McBenge stated that he saw **HINZ** with this firearm at the **HINZ** residence in Wyoming.

6. On August 14, 2006, **HINZ** was arrested in Denver, Colorado. Prior to **HINZ**'s arrest, Sgt. Wheeler observed **HINZ** arrive in a 2005, blue Jeep with temporary registration 464245E. During a subsequent search of that Jeep two firearms where found inside. Sgt. Wheeler observed that one of these firearms was a Ruger, .357 revolver, with a short barrel, wooden grips, and was silver in color, thus matching the description of **HINZ**'s "favorite gun."

**END OF AFFIDAVIT**