UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty<br>U.S. Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 06-mj-01189 | FTR MEH PM |
| Date: August 24, 2006 | |
| UNITED STATES OF AMERICA<br>v. | Jim Boma for Joshua Stein |
| Robert Hinz | Without Counsel |

### INITIAL APPEARANCE ON RULE 5 FROM THE DISTRICT OF WYOMING

Court in Session: 1:53pm

Court calls case and appearance of counsel. Ed Ruiz appears from pre-trial services.

Defendant is advised of rights, charges and possible penalties.

Defendant is retaining private counsel.

Government is seeking detention.

**ORDERED:** A preliminary, identity and detention hearing is set for August 29, 2006 at 1:30pm.

Defendant remanded to the custody of the United States Marshal.

1:59pm        Hearing concluded.

total time: 06 minutes.