UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 06-mj-01189-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ROBERT CULVER HINZ,

      Defendant.

---

### ENTRY OF APPEARANCE AND MOTION FOR CONTINUANCE OF AUGUST 29, 2006 APPEARANCE

---

      Robert J. Corry, Jr. hereby enters his appearance as counsel of record for the defendant in the above case, and respectfully moves to continue the currently-scheduled court appearance of August 29, 2006 at 1:30 p.m. on the grounds that counsel has a previously-scheduled court appearance at that same date and time for a motions hearing in Chaffee County District Court, which has been scheduled for some time, and which will involve testimony and witnesses already under subpoena.

      On August 28, 2006, Counsel left a message for AUSA Joshua Stein requesting his position on a continuance, but did not hear back in advance of the filing of this motion.

Wherefore, for the above reasons and those that will be shown, the August 29, 2006 appearance in the above case should be continued to a date convenient for the parties and the Court.

Date:  August 28, 2006                     Respectfully Submitted,


                                           s/ Robert J. Corry, Jr.
                                           Robert J. Corry, Jr.
                                           303 East 17th Ave., Suite 350
                                           Denver, Colorado 80203
                                           303-785-8585 telephone
                                           303-860-0430 facsimile
                                           Robert.Corry@comcast.net
                                           Attorney for Robert Culver Hinz

**Certificate of Service**

      I certify that on August 28, 2006, I served the above **ENTRY OF APPEARANCE AND MOTION FOR CONTINUANCE OF AUGUST 29, 2006 APPEARANCE** by delivering a true and correct copy electronically to the following:

Joshua Gramling Stein
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: Joshua.Stein@usdoj.gov

                                          s/ Robert J. Corry, Jr.