IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL J. WATANABE**

Courtroom Deputy: Nel Steffens

Case No.: 06-mj-01189

FTR: MJW AM
Date: September 5, 2006

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ROBERT CULVER HINZ,

       Defendant.

Joshua Stein

Robert J. Corry, Jr.

_____

**PRELIMINARY/IDENTITY/DETENTION HEARING
ON RULE 5 FROM DISTRICT OF WYOMING**
_____

Court in session: 10:19 a.m.

Court calls case and appearances. Laura Ansart is present from Pre-trial Services. Defendant is present in custody.

Defendant is advised of all rights, charges, and possible penalties.
Parties are prepared to proceed with Preliminary, Identity, and Detention hearings.

Government calls ATF Special Agent Steve McFarland who is sworn.
Direct examination by Mr. Stein.
Cross examination by Mr. Corry. Defendant's Exhibit A is given to witness.
Witness is excused.

Argument by Mr. Stein; this is a rebuttable presumption case.
Argument by Mr. Corry.

<u>FINDINGS:</u>
This Court has jurisdiction over the parties; venue is proper; each party has had a fair and adequate opportunity to be heard.
Government has established probable cause; the case is bound over.
Defendant is both a flight risk and a danger to the community; no condition or combination of conditions can be imposed to reasonably assure the appearance of the defendant or the safety of

the community.
Government has established identity of the defendant.
**ORDERED:**
- Defendant shall be detained without bond pending transport to the District of Wyoming for further proceedings.
- Exhibit A and original Driver's License shall be returned to counsel since they were never formally admitted.
- Defendant is remanded to the custody of the U.S. Marshal pending transport.

Court in recess: 10:51 a.m.
Hearing concluded.
Hearing duration: 32 minutes