

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

September 6, 2006

Colorado Case number: 06-mj-01189-MEH  
Wyoming Case number: 06-M-159-B

**Defendant: Robert Culver Hinz**

District of Wyoming

United States District Court

2120 Capitol Avenue, 2nd Floor

Cheyenne, Wyoming 82001-3658

Dear sir or madam,

The above numbered case has been ordered transferred to your district pursuant to an order of this court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Very truly yours,  
Gregory C. Langham, Clerk

by s/ Lucy Kenyon  
Deputy Clerk